

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

Meurlin Lamont and Elizabeth Rachel Seegren
10919 Dellrose Crossing Drive
Richmond, TX  77406

**DEBTORS**

CASE NO: 16-33234-H5-13

ENTERED
02/09/2018

CHAPTER 13

___

### ORDER DISMISSING CHAPTER 13 CASE

___

On the 9th day of January, 2018, a hearing was held on the motion to dismiss filed by the trustee. The debtor agreed to perform certain conditions specified on the record within a specified time. The conditions are noted on the docket of this case. The Chapter 13 trustee has filed a certificate stating that the debtor has failed to comply with the terms and conditions agreed upon at the hearing. Therefore, based upon the certification of the trustee, the Court does hereby **ORDER** that the above captioned Chapter 13 case is hereby **DISMISSED**.

It is further **ORDERED** that the deadline for filing an application for administrative expense in this case is set at 20 days following entry of this Order. The deadline for filing a motion for allowance of a claim arising under 11 U.S.C. Section 507(b) in this case is also set at 20 days following entry of this Order.

If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under 11 U.S.C Section 503, if the new application only seeks allowance of the same professional fees and expenses previously requested.

Signed:  February 09, 2018

_____
Karen K. Brown
United States Bankruptcy Judge

Printed by JMW   on 2/6/2018.